UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-50078-02 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| DONNA GARNETTE, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree that they establish a factual basis for the offense to which Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

The Defendant voluntarily and intentionally joined in an agreement or understanding with other persons to distribute fentanyl (4-ANPP) and hydrocodone pills with her coconspirators. Fentanyl and hydrocodone are Schedule II controlled substances. At the time she joined in the agreement or understanding to distribute the controlled substances, the Defendant knew the purpose of the agreement or understanding.

During her involvement in the conspiracy, the Defendant obtained distributable quantities of fentanyl (4-ANPP) and hydrocodone and distributed both substances on the Pine Ridge Reservation, within the District of South Dakota. The Defendant knew some of the substances she sold would be further distributed. It was reasonably foreseeable to the Defendant that at least 400 KG

but less than 700 KG of converted drug weight would be distributed during the course of the conspiracy.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

11-2-2021
Date

DENNIS R. HOLMES
Acting United States Attorney

MEGAN POPPEN
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Megan.Poppen@usdoj.gov

11/2/2021
Date

Donna Garnette
Defendant

Nov. 2, 2021
Date

Conor Duffy
Attorney for Defendant

2